**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CARL D. HAYES,** * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | Civil Case No. RWT 06-2824 |
| * | |
| **HOLY CROSS HOSPITAL OF** * | |
| **SILVER SPRING, INC.** * | |
| Defendant. * | |

## ORDER

In consideration of Defendant's Motion for Summary Judgment [Paper No. 29], the Plaintiff's opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is this 23rd day of September, 2008, by the United States District Court for the District of Maryland,

**ORDERED** that Defendant's Motion for Summary Judgment [Paper No. 29] is **GRANTED**; and it is further

**ORDERED** that judgment for costs in favor of the Defendant is entered; and it is further

**ORDERED** that the Clerk of the Court is directed to **CLOSE** the case.

                                                         /s/
                                        ROGER W. TITUS
                            UNITED STATES DISTRICT JUDGE